# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **KENNETH TAYLOR,** | § | |
| **TDCJ-CID No. 00828757,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 3:17-CV-00358** |
| | § | |
| **BRYAN COLLIER,** *et al.*, | § | **JURY** |
| **Defendants.** | § | |

---

## Defendants Collier, Jones, and Miller's Answer and Jury Demand

Defendants Bryan Collier, Jacqueline Jones, and Eric Miller file their answer, denying the Plaintiff's allegations. Pursuant to Rule 8(b), Federal Rules of Civil Procedure, Defendants Collier, Jones, and Miller deny each and every allegation contained in Plaintiff's Complaint. Defendants assert their entitlement to qualified, official, sovereign, and Eleventh Amendment immunity as they apply. Defendants also assert the affirmative defenses of statute of limitations and res judicata/collateral estoppel.

Defendants ask the Court to deny Plaintiff any and all relief demanded in his complaint and that they recover their costs including reasonable attorney's fees and such other relief as to which the Court deems they are entitled.

Defendants assert that if the Plaintiff has accrued three-strikes under The Prison Litigation Reform Act (PLRA) 28 U.S.C. § 1915(g), and his suit does not fall within the exception of the provision, he is not entitled to proceed *in forma pauperis* in this case.

Defendants state the failure to fully and timely exhaust administrative remedies is a bar to a plaintiff filing suit in the federal court pursuant to 42 U.S.C. section 1997e(e).

Defendants demand a trial by jury.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General
Attorney-in Charge
Texas State Bar No. 24077883
Southern District ID No. 2523516

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9891
briana.webb@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants Collier, Jones, and Miller's Answer and Jury Demand** in accordance with the Electronic Case Files System of the Southern District of Texas on January 31, 2018.

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, certify that a true copy of the above **Defendants Collier, Jones, and Miller's Answer and Jury Demand** has been served by placing it in United States Mail, postage prepaid, on January 31, 2018, addressed to:

Kenneth Taylor
TDCJ-CID #00828757
C.T. Terrell Unit
1300 FM 655
Rosharon, TX 77583
*Plaintiff Pro Se*

/s/ *Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General