IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
APR 10 2018
David J. Bradley, Clerk of Court

KENNETH TAYLOR §
TDCJ-CID No. 828757 §
§
vs. § CIVIL ACTION No. 3:17-CV-00358
§
BRYAN COLLIER et al §
Defendant §

## Declaration in Support of Plaintiff's Motion For Pretrial Summary Judgement

I Kenneth Taylor states:

1) I am the Plaintiff in this case. The complaint alleges that the defendants deliberate indifference to the Plaintiffs safety by subjecting him and other inmates to dangerously hot temperatures. I submit this declaration in support of my Motion for Pretrial Summary Judgement on my claims.

2) I am an inmate at the C.T. Terrell Unit, I was to C.T. Terrell in January 2017 from the Wallace Pack Unit in Navasota, Texas because of a health issue so I could be as close to UTMB as possible do to my high risk of stroke

3) When it started getting hot I informed Wardens Jone and Miller that they were in violation of the Exstrem heat policy and the on going litagation at Pack unit.

4) They showed their deliberate indifference by refusing to respond to any of I-60 (Prison Request forms) or collecting any of the issues.

5) When defendants refuse repeated requests about the violations I filed a step one grievance on 7/10/17.

6) This step one grievance outlined the violation being made: (1) There is not enough fans on each dorm; (2) Enough ventalation an air circulation in the chow-halls were the temputors will range 108° - 120° F at times; (3) not enough ventalation and air circulation in the shower area, laundry, cannery, or Gym; (4) The Ice cooler is not kept full all day and night; (5) there are no cool-down shower program; (6) The respit program is a joke [in most cases we can't even get to it and when we do there is no place to sit].

7) During hurricain Harvy we went with ou power for more then 24hr before being moved to other units to house us on floors. The C.T. Terrell's Emergency Power does not run "any" of the <u>Ventalation or Fans</u> in the living areas.

8) When we returned to C.T. Terrell after being gone for around 3 weeks, I got a rubber stamped grievance. I filed step two grievance relating to the heat issues.

9) On November 20, 2017 I filed my complaint in the U.S. District Court.

10) On December 22, 2017 the Judge Hanks Jr. ordered the defendants to answer the Plaintiff claims.

11) On January 31, 2018 Counsel for the defendants made a basic denial to the claims, but failed to comply with the courts order totally. It was quit clear in the wording of the order that defendants were to respond to each and every claim factually and legally, but they have Not!

12) The plaintiff made a basic response and objection on 2/16/18 to defendants ARsponse.

"2"

13) Plaintiff was given initial discloser on 3/2/18. It did not have any of the information about TDCJ's written Policies or rules relevant to the summer time heat, ⟨exstream Heat⟩.

14) On 3/8/18 Plaintiff filed "Notice of Disclosure" to the defendants. Plaintiff tells cousel for the defendants that TDCJ is in controle and custady of all the Plaintiffs evidence. ⟨TDCJ Records & the fineding from the Pack Law suit will be what are used⟩.

15) On 3/28/18 Plaintiff starts Preparation for Summary Judgement aginst the defendants for the following reason: (1) the defendants failed to comply with all the stipulations in the courts order to answer ⟨there has been no factual or legal response to any the claims aginst them⟩; (2) The defendants have not followed the discloser requisments set by the Court, thay have failed to disclose ⟨the written Polices and rules involving exstream heat⟩. (3) There has been no records of C.T. Terrell Complince to those rules.

16) The Plaintiff is basing this claim to his Personal knowledge and experience of being housed at the Wallace Pack unit from 8/5/14 through Jan 13, 2017. I was present on the Pack unit through most all of the litigation in Judge Ellison's Court room ⟨4:14-CV-1698⟩. I seen first hand how the Parties in that case worked through the same issue that are at hand here on C.T. Terrell unit.

17) Since the Pack units ruling in Judge Ellison's court room, there has not been any steps to bring C.T. Terrell in to complince in any of the change made there. ⟨C.T. Terrell & Wallice Pack are the same style unit. Thay house the same kind of inmate, "Medical"⟩.

Pursuant to 28 U.S.C § 1746, I declare under the penalty of Perjury that the foregoing is true and correct to the best of my knowledge.
Date 03/31/18   Signature _____

"3"